UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

v.                                                                               Case No: 2:16-cv-05269-JMV-MF

517 OLD POST ROAD, LLC, a New Jersey
Limited Liability Company

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

    1.    That pursuant to a Settlement Agreement entered into between the Plaintiff and the Defendant, that the Parties have sixty (60) days to file a Joint Stipulation for Dismissal With Prejudice.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **30th** day of **June, 2017**, a true and correct copy of the foregoing was electronically filed with the Court using the Court's CM/ECF System which will send a Notice of Electronic Filing to Attorney's for the Defendant, Edward Sponzilli, Esq., egsponzilli@nmmlaw.com, Norris McLaughlin & Marcus, P.A., 721 Route 202 - 206, Suite 200, Bridgewater, NJ 08807-5933.

The Independence Project, Inc., et al. v.
517 Old Post Road, LLC
Case No: 2:16-cv-05269-JMV-MF

**/.s/Alan R. Ackerman**
Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ   07054-4519
Telephone: (973) 898-1177 x 122
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:   (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*