UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

vs.

LOGAN PLAZA, LLC, a New Jersey Limited
Liability Company, and 517 OLD POST ROAD,
L.L.C., a New Jersey Limited Liability
Company,

        Defendant(s).

Case No. 2:16-cv-05269-JMV-MF

## ORDER OF DISMISSAL WITH PREJUDICE

Law Offices of Alan R. Ackerman and Fuller, Fuller & Associates, attorneys for Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, and Norris McLaughlin & Marcus, P.A., attorneys for Defendant 517 Old Post Road, L.LC. (Defendant Logan Plaza, LLC having been previously dismissed) have previously notified the Court that they have amicably resolved this matter and the Court having entered on July 6, 2017, a 60-day Order of Dismissal, and the Plaintiffs and Defendant having requested that the Court extend the 60-day Order by another 60 days; and the Plaintiffs and Defendant having executed a Settlement Agreement which consents to the Court retaining jurisdiction to enforce the Settlement Agreement; and for good cause shown;

IT IS on this **2nd** day of **October**, 2017, ORDERED:

    1.    This action be and the same is hereby **DISMISSED** with prejudice and without costs;

2. The Court retains jurisdiction of this matter solely for the purpose of enforcing the Settlement Agreement; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record